# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No. **25 Mag. 484**                    Date **2/21/2025**

USAO No.

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint           ☐ Removal Proceedings in

*United States v.* **Cristian Tejeda**

The Complaint/Rule 40 Affidavit was filed on **February 11, 2025**

✓ *U.S. Marshals please withdraw warrant*

 

**Connie Dang**  *Digitally signed by Connie Dang*
*Date: 2025.02.21 13:16:34 -05'00'*

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE:  **2/21/2025**

*[signature]*

UNITED STATES MAGISTRATE JUDGE